**Order entered May 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01442-CR

**ANTWAN DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-63774-K**

## ORDER

The Court **REINSTATES** this appeal.

On March 7, 2014, this Court ordered the trial court to make findings regarding why the reporter's record has not been filed. The findings were due within thirty days. To date, the Court has not received the findings, the reporter's record, or a response to either of two letters inquiring about the status of the findings. The appeal cannot proceed until the issue of the reporter's record is resolved.

Accordingly, the Court **ORDERS** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to make findings of fact regarding whether appellant has been deprived of the reporter's record because of ineffective counsel, indigence, or for any other reason.

- The Honorable Dominique Collins shall first determine whether appellant desires to prosecute the appeal. If the Honorable Dominique Collins determines that appellant does not desire to prosecute the appeal, she shall make a finding to that effect.

- If the Honorable Dominique Collins determines that appellant desires to prosecute the appeal, she shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the Honorable Dominique Collins shall make a finding to that effect. Moreover, if appellant is indigent, the Honorable Dominique Collins is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the Honorable Dominique Collins finds appellant is not indigent, it shall determine whether retained counsel has abandoned the appeal.

- The Honorable Dominique Collins shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the Honorable Dominique Collins to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the Honorable Dominique Collins to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/     LANA MYERS
JUSTICE